# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CHERYL L. KOBLESKI and TERESA BUSHBERGER,<br><br>    Plaintiffs,<br>v.<br><br>TRANSWORLD SYSTEMS INC.<br><br>    Defendant. | Case No. 17-CV-353-JPS<br><br><br>**ORDER** |

On May 17, 2017, Plaintiffs filed a letter indicating that they have resolved this matter with Defendant and are in the process of drafting settlement documents. (Docket #6). Plaintiffs request that the Court permit them forty-five days to file a notice of dismissal. *Id.* The Court will grant that request. The Court directs Plaintiffs to such a notice no later than July 3, 2017, or the Court will dismiss the action for failure to prosecute. *See* Civ. L. R. 41(c).

Accordingly,

**IT IS ORDERED** that the parties shall file a joint stipulation of dismissal of this action on or before **July 3, 2017**.

Dated at Milwaukee, Wisconsin, this 18th day of May, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge