# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHERYL L. KOBLESKI and TERESA BUSHBERGER,

        Plaintiffs,

v.

TRANSWORLD SYSTEMS INC.,

        Defendant.

Case No. 17-CV-353-JPS

**ORDER**

        On March 9, 2017, Plaintiffs filed this action alleging violations of the Fair Debt Collection Practices Act. (Docket #1). Defendant waived service of process on March 22, 2017, but has not yet responded to the complaint. *See* (Docket #5). On June 5, 2017, Plaintiffs filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #8). Because Defendant has not yet appeared in this action or responded to the complaint, the Court will adopt Plaintiffs' notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

        Accordingly,

        **IT IS ORDERED** that Plaintiffs' notice of voluntary dismissal (Docket #8) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

        Dated at Milwaukee, Wisconsin, this 6th day of June, 2017.

        BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge